UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HOUNIHAN,<br><br>           Plaintiff,<br><br>      v.<br><br>RUSHING, et al.,<br><br>           Defendants. | No.  1:24-cv-00403-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS FILED ON JUNE 5, 2024<br><br>(ECF No. 8) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On June 5, 2024, Plaintiff submitted a second motion to proceed in forma pauperis in this action.  (ECF No. 8.)  Inasmuch as Plaintiff was granted in forma pauperis status on April 22, 2024 (ECF No. 6), Plaintiff's second motion is HEREBY DISREGARDED as unnecessary.

IT IS SO ORDERED.

Dated:   **June 6, 2024**

UNITED STATES MAGISTRATE JUDGE

1