1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                   EASTERN DISTRICT OF CALIFORNIA

10

11    JASON SCOTT HOUNIHAN,                          No.  1:24-cv-00403-SAB (PC)

12                    Plaintiff,                     ORDER TO SHOW CAUSE WHY ACTION
                                                     SHOULD NOT BE DISMISSED
13         v.
                                                     (ECF No. 7)
14    RUSHING, et al.,

15                    Defendants.

16

17

18        Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

19   U.S.C. § 1983.

20        On May 9, 2024, the Court screened Plaintiff's complaint, found no cognizable claims,

     and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 7.)  Plaintiff has failed
21
     to respond to the Court's May 9, 2024, screening order and the time to do so has passed.
22
     Accordingly, Plaintiff shall be ordered to show cause why the action should not be dismissed for
23
     failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a
24
     court order.
25
          Accordingly, it is HEREBY ORDERED that:
26
          1.       Within **fourteen (14)** days from the date of service of this order Plaintiff shall
27
                   show cause why the action should not be dismissed; and
28

                                                     1

1        2.        Failure to comply with this order will result in a recommendation to dismiss this

2                 action for failure to state a cognizable claim for relief, for failure to prosecute, and

3                 failure to comply with a court order.

4

5    IT IS SO ORDERED.

6    Dated:   **June 20, 2024**

                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28