UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HOUNIHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>RUSHING, et al.,<br><br>    Defendants. | Case No.: 1: 24-cv-0403 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 14) |

    Jason Scott Hounihan seeks to hold the defendants liable for violations of his civil rights at the Bob Wiley Detention Facility in Tulare County. (*See* Doc. 1.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim upon which relief may be granted. (Doc. 7 at 3-5.) The Court provided the relevant legal standards and granted Plaintiff an opportunity to file an amended complaint. (*See id.*) The Court also informed Plaintiff that failure to file an amended complaint would result in a recommendation that the action be dismissed. (*Id.* at 6)

    After Plaintiff failed to file an amended complaint or otherwise respond to the Court, the magistrate judge issued an order to Plaintiff to show cause why the action should not be dismissed. (Doc. 12.) Again, Plaintiff failed to respond to the Court.

    The magistrate judge found Plaintiff failed to prosecute the action and failed to comply with the Court's orders, and recommended the action be dismissed. (Doc. 14.) In so recommending, the

1

magistrate judge reiterated the findings in the Screening Order.  (*Id*. at 3-5.)  In addition, the magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit.  (*Id*. at 5-8.)

The Court served these Findings and Recommendations on Plaintiff at the address on record[1] and notified him at that any objections were due within 14 days. (Doc. 14 at 8.)  The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 15, 2024 (Doc. 14) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 2, 2024**

UNITED STATES DISTRICT JUDGE

---

[1] The U.S. Postal Service returned the Court's order on the motion to proceed *in forma pauperis* as undeliverable prior to magistrate judge serving the Findings and Recommendations.  No other mail was returned by the Post Office, including documents issued both before and after that order.  Regardless, service of documents at the known address is deemed fully effective absent notice of a party's change of address. *See* Local Rule 182(f).